-HSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., | Case No.  25-cv-10923-EKL |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ASUSTEK COMPUTER INC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to Case No. 25-cv-10828-HSG, *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*

**IT IS SO ORDERED.**

Dated:  January 23, 2026

_____
EUMI K. LEE
United States District Judge

United States District Court
Northern District of California